AO 455(Rev. 5/85) Waiver of Indictment



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

URBANO GARCIA-CRUZ (2)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2331-JLS

 

     I, URBANO GARCIA-CRUZ, the above named defendant, who is accused of committing the following offense:

     Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _7/15/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

                             URBANO GARCIA
                             Defendant

                             Counsel for Defendant

Before

Judicial Officer